Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

JACKSONVILLE Division

3:23-CV-661-BJD-JBT

| | |
|---|---|
| GERVANE D. HUNTER | Case No. TO BE SET |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| SHERIFF MARK HUNTER SHERIFFS (ETAL) COLUMBIA COUNTY DEPARTMENT | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

FILED 2023 JUN -2 PM 12:42 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: GERVANE D. HUNTER
   All other names by which you have been known:
   ID Number: 23000504
   Current Institution: COLUMBIA COUNTY DETENTION FACILITY
   Address: 289 NW QUINTEN ST.
   LAKE CITY, FL 32055
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: MARK HUNTER
   Job or Title (if known): SHERIFF
   Shield Number:
   Employer: STATE OF FLORIDA, COUNTY OF COLUMBIA
   Address: 4917 US HWY 90 EAST
   LAKE CITY, FLORIDA 32055-6288
   City / State / Zip Code
   [ ] Individual capacity [✓] Official capacity

   Defendant No. 2
   Name: DEPUTY STEV
   Job or Title (if known): DEPUTY
   Shield Number:
   Employer: COLUMBIA COUNTY SHERIFF'S OFFICE
   Address: 4917 US. HWY 90 EAST
   LAKE CITY, FLORIDA 32055-6288
   City / State / Zip Code
   [ ] Individual capacity [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address
  _____ _____ _____
  City             State           Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address
  _____ _____ _____
  City             State           Zip Code
  ☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

MY 1ST, 4TH, 5TH, & 14TH CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*PLEASE SEE ATTACHMENT:*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*HIGHWAY 90, COLUMBIA COUNTY JANUARY 31, 2023*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

RESPONSE TO PG. 4, SECTION D

While working in and for the Columbia County Sheriff Office/Department Sheriff Mark Hunter and Deputies did willfully and meaninglessly misuse the power possessed by virtue of state law and local law.

The Sheriffs Department did violate it's General Order Emergency Pursuit / General Order: 41.3 Policy while acting under color of local law. The violations of said policy are as follows:

1ST   Procedure #1- A, B, D, E, G, J, K, & N
      #2 - 5
2ND   Pursuit Supervisory / Command Responsibility #1
3RD   Pursuit Reporting Procedures #2
4TH   Use of Road Spike Devices #3, 4
5TH   Implementation Procedures #4, 5, 7
6TH   Road Blocks #11

The Columbia County Sheriff Department also caused great bodily harm threw use of police brutality and excessive force while acting under color of state and local law and violating it's own General Order Emergency Pursuit Policy. As a result I am permanently disfigured.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 31st, 2023    2:49 P.M.

✱ PLEASE SEE ATTACHED

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON JANUARY 31 2023 DEPUTY STEVENS WITH THE COLUMBIA COUNTY SHERIFFS DEPARTMENT DEPLOYED HIS SPIKE STRIPS TO THE FRONT & REAR TIRES OF MY VEHICAL WHICH CAUSED ME TO CRASH INTO ANOTHER VEHICAL IN A HIGHLY CONJUSTED AND POPULATED AREA AFTER THE PURSUIT HAD ALREADY BEEN TERMINATED DUE TO HEAVEY TRAFFIC, TIME OF DAY, AGENCY ISSUED AIRPLANE TRACKING THE PURSUIT FROM ABOVE MY IDENTITY HAVEING BEEN CONFIRMED ECT. MRS. TAMMY FRISKEY WAS ALSO INVOLVED IN THE ACCIDENT HAVEING SUSTAINED INJURIES DUE TO DEPUTY STEVENS ACTIONS. MRS. TAMMY FRISKEY, SGT. DOMINGO TORRES (ID:174) DEPUTY STEVENS, DEPUTY JULIAN HODGES AND K-9 OFFICER MAURICE STEPHENS ARE ALL WITTNESS'S TO THIS MATTER.

V. **Injuries**

PLEASE SEE ATTACH

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

AS A RESULT OF THE ACCIDENT I SUSTAINED: SHATTERED SKIN LACERATIONS, EXPOSED SKULL, SUPRACLAVICULAR AREA INJURIES, SUPRA PUBLIC INJURY TO SPLEEN, PULMONARY CONTUSIONS, ANTERIOR LEFT 7TH RIB FRACTURE, BIBASILAR ATELECTASIS, BORDERLINE CARDIOMEGALY, VENOUS INJURY HEMORRIHAGE INVOLVING POSTERIOR INTERCOASTAL ARTERY AT THE LEFT 9TH & 10TH RIB SPACE, SPLENIC CLEFT DIAPHRAGM PARESIS & R HEMIDIAPHRAM PARALYSIS, NEEDS DIAPHRAGM PACER, ROAD RASH, DEEP SPLEEN SCAR, AND SCARS FROM MID BACK TO LOWER BACK. I HAVE HAD TO HAVE EMERGENCY SURGERY TO REMOVE GLASS FROM MY NECK STICHES, LOSE OF FEELINGS DUE TO NERVE DAMAGE AND STILL HAVE NOT BEEN SEEN BY A NEUROLOGIST WHICH WAS REFERED BY SURGEN.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WOULD LIKE FOR THE COURTS TO AWARD THE STATUTORY MAXIMUM. AS OF NOW THE TOTAL MEDICAL BILL IS $78,794.70 AND THAT IS PRIOR TO THE ON COMING LED GURIES. I'M ASKING FOR A SUM OF $10,000,000.00 IN PUNITIVE DAMAGES. THE HOSPITAL BILLS THAT I INCUR WILL DEFINANTLY INCREASE DUE TO PENDING SURGURIES THERAPIES AND OTHER HOSPITAL VISITS. THE CLAIM FOR THE AWARDENCE OF PUNITIVE DAMAGES IS DUE TO THE RECKLESSNESS THAT WAS FORESEABLE, THE WANTON DISREGAURD FOR HUMAN LIFE, AND GROSS AND CULPABLE NEGLIGENCE THAT WAS COMMITTED BY THE COLUMBIA COUNTY SHERIFFS DEPARTMENT. AS A RESULT OF ACTIONS COMMITTED BY MEMBERS OF COLUMBIA COUNTY SHERIFFS DEPARTMENT I AM PERMANANTLY DISFIGURED AND SUFFER FROM MENTAL LAPS & PAIN AT A VERY HIGH DEGREE.

Page 5 of 11

On January 31 2023 Deputy Stevens with the Columbia County Sheriffs Department did deploy his stike strips puncturing the front & rear tires of my vehical which caused me to crash into another vehical which was in a highly congested and populated area. Prior to the accident, the pursuit had already been terminated due to heavey trafic, road conditions, time of day, an agency issued air plane being in the air monitoring all movements, my identity haveing already been confirmed, ect... As a result of the officers recklessness I was rushed by ambulance to UF Shands Trama unit in Gainsville FL, with life threatening injuries for an emergency sergery.

Ms. Tammy Friskey was also injured in the accident haveing sustained injuries due to Deputy Stevens negligence.

Wittness's to the incident include the following:

Tammy Friskey
Sgt. Domingo Torres (ID: 194)
Deputy Stevens
Deputy Jillian Hodges
K-9 Officer Maurice Stephens

 Please Note that the pursuit was terminated by:
Lt. Justin Bedenbaugh (ID: 157) of the Florida Highway Patrol

INJURIES

As a result of the accident I sustained life threatening injuries and had to have emergency surgery. My injuries consisted of: shattered skin lacerations, exposed skull, sutraclavicular area injuries, venous injury, supra public injury to spleen, pulmonary contusions, anterior left 7th rib fracture, bibasilar atelectasis, borderline cardiomegaly, hemorrhage involving posterior intercoastal artery at the left 9th & 10th rib space, splenic cleft, diaphragm pareses & rhemidiaphram paralysis, needs diaphragm pacer, deep spleen scar, road rash, and unexplained scars from mid to lower back. I have permanant disfigurement and scars as well as haveing surgery to remove glass from my neck. I've had to have stiches in my forehead, lip, and ear. Only one of my lungs are fully operational and I have extensive nerve damage with minimal feeling in fingers. Still have not been to see a neurologist which was refered by doctor's orders.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No        NA
☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No        NA
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   NA

2. What did you claim in your grievance?

   NA

3. What was the result, if any?

   NA

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   NA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

THE INCIDENT DID NOT HAPPEN IN A FACILITY

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) N/A

    Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____NA_____

   Defendant(s) _____NA_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____NA_____

3. Docket or index number

   _____NA_____

4. Name of Judge assigned to your case

   _____NA_____

5. Approximate date of filing lawsuit

   _____NA_____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition _____NA_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____NA_____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY 30TH - 2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: GERVANE HUNTER
Prison Identification #: 23000504
Prison Address: COLUMBIA COUNTY DETENTION FACILITY
LAKE CITY, FLORIDA 32055

B. **For Attorneys**

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address: