**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GERVANE D. HUNTER,

        Plaintiff,

v.                                                          Case No. 3:23-cv-661-WWB-JBT

SHERIFF MARK HUNTER and
DEPUTY STEVENS,

        Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

      Plaintiff, Gervane D. Hunter, a detainee of the Columbia County Detention Facility, initiated this case by filing a pro se Civil Rights Complaint (Doc. 1), which the Clerk received and docketed on June 2, 2023. Through two Orders, the Court advised Plaintiff he has within 45 days to respond to any motion to dismiss (Doc. Nos. 3, 12). On September 25, 2023, Defendants filed a Motion to Dismiss (Doc. 15). Plaintiff thereafter filed a motion for the appointment of counsel to assist him with a response (Doc. 16), which the Magistrate Judge denied (Doc. 17).

      Plaintiff did not respond to Defendants' Motion to Dismiss or request additional time to do so. Accordingly, on November 20, 2023, the Court directed Plaintiff to (1) show cause why this case should not be dismissed for his failure to comply with the Court's Orders (Doc. Nos. 3, 12) or otherwise prosecute the case and (2) respond to the Motion to Dismiss. *See* Order to Show Cause (Doc. 18) (citing M.D. Fla. R. 3.10). The Court advised Plaintiff that his failure to comply with the Order to Show Cause by December 22, 2023, may result in the dismissal of his case without further notice. *Id.* As of the date of

this Order, Plaintiff has not complied with the Order to Show Cause (Doc. 18), nor has he requested additional time to do so.

Upon due consideration, the undersigned concludes that this case should be dismissed without prejudice for Plaintiff's failure to comply with the Court's Order and failure to prosecute. *See* Fed. R. Civ. P. 41(b); M.D. Fla. R. 3.10; *See also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

Accordingly, it is now **ORDERED** and **ADJUDGED**:

1. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with the Court's Order and failure to prosecute.
2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on January 22, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 11/20
c:
Gervane D. Hunter, #23000504
Counsel of Record